IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EFRAIN CAMPOS, JUAN NIETO, and
STANLEY NEWAGO,

    Plaintiffs,

v.

MICHAEL DITTMAN,
LINDA ALSUM O'DONOVAN,
DAVID KURKOWSKI, LUCAS M. WEBER,
KEVIN W. PITZEN, BRAD HOMRE, and
CINDY O'DONNELL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-545-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiffs Efrain Campos, Juan Nieto, and Stanley Newago leave to proceed on their claims against defendants, and dismissing this case with prejudice for failure to state a claim upon which relief can be granted.

| /s/ | 2/6/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |