UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

---

EFRAIN CAMPOS, JUAN NIETO, AND
STANLEY NEWAGO,

          PLAINTIFFS,

V.                                          CASE NO. 17-cv-545-jdp

MICHAEL DITTMAN, et al.,

          DEFENDANTS.

---

NOTICE

OF APPEAL

---

    NOTICE IS HEREBY GIVEN that the plaintiff, in the above entitled action hereby appeals the Case to the United States Court of Appeals for the Seventh Circuit from the order of the United States District Court, Western District of Wisconsin, who entered the order on 02-06-2018 dismissing the case for failure to state a claim upon which relief can be granted. That alone is drawing a conclusion on facts of genuine factual matter.

    The Notice of Appeal was not dismissed as frivolous and is presented pursuant to Wis. DOC 309.155 and Federal Rules of Appellant Procecure Rule 4, allowing 30 days to file the Notice after the entry of the order by the district court. The filing is timely filed on this date.

Date: 02-14-2018

                                                  Efrain Campos
                                                  Columbia Correctional
                                                  P.O. Box 900
                                                  Portage, WI. 53901