IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED

2018 MAR 12 AM 10: 28

PETER OPPENEER
CLERK US DIST COU
WD OF WI

EFRAIN CAMPOS, JUAN NIETO, AND
STANLEY NEWAGO,

PLAINTIFF'S,

V.

CASE NO. 17-cv-545-jdp

MICHAEL DITTMAN, et al,

DEFENDANT'S.

## NOTICE
## OF APPEAL

NOTICE IS HEREBY GIVEN, that the plaintiff in the above entitled action hereby appeals the Case to the United States Court of Appeals for the Seventh Circuit from the Order of the United States District Court the Western District of Wisconsin, who entered the Order on 02-06-2018 dismissing the Case for failure to state a claim upon which relief can be granted. The court was drawing a conclusion on the facts of genuine factual matter.

The Case was not dismissed as frivolous and is presented pursuant to Wisconsin DOC 309.155 and the Federal Rules of Appellant Procedure Rule 4, which allows thirty days to file the Notice after the entry of the Order by the district court. Therefore the filing of the Notice is timely filed on this date.

Dated: 03-05-2018

Juan Nieto, 490558
Stanley Correctional
100 Corrections Drive
Stanley, WI. 54768-6500